Case 1:00-cv-02699-BEL   Document 12   Filed 10/02/2000   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE COUNCIL OF UNIT OWNERS OF TREOVER, A CONDOMINIUM | : | |
| Plaintiff | : | |
| v. | : | Civil #L-00-2699 ✓ |
| SECRETARY OF HOUSING AND URBAN DEVELOPMENT | : | #L-00-2700 |

**ORDER**

The above cases are hereby consolidated for pretrial proceedings, including discovery with the question held open whether they will be consolidated for trial as well.

Date: September 25, 2000            _____
                                      Benson Everett Legg

